**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ADALBERTO ARIAS-JOVEL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>ERIC HOLDER, et al.,<br><br>　　　　　Respondents. | No. CV 11-10109-TJH(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections, Respondents' Reply, and the Supplemental Report and Recommendation.  The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.  The court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** as follows:

　　　1.　This action is dismissed, without prejudice, as moot, insofar as Petitioner is seeking a bond hearing after having had such a hearing in accordance with due process of law.

2. The petition is dismissed, without prejudice, for lack of jurisdiction insofar as Petitioner challenging the Immigration Court's decision denying bond after his second hearing.

3. Judgment shall be entered accordingly.

DATED: August 23, 2013

_____
TERRY J. HATTER, JR.
United States District Judge