**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE ADALBERTO ARIAS-JOVEL, | ) | No. CV 11-10109-TJH(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC HOLDER, et al., | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, as moot and for lack of jurisdiction.

DATED: <u>August 23, 2013</u>

_____
TERRY J. HATTER, JR.
United States District Judge