**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE ADALBERTO ARIAS-JOVEL,    )    No. CV 11-10109-TJH(CW)
                               )
          Petitioner,       )    JUDGMENT
                               )
     v.                       )
                               )
ERIC HOLDER, et al.,           )
                               )
          Respondents.      )
_____)

**IT IS ADJUDGED** that this action is dismissed, without prejudice, as moot and for lack of jurisdiction.

DATED: August 23, 2013

                                         TERRY J. HATTER, JR.
                                      United States District Judge